IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **RAYMOND ADAMS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. **03-301-JPG** |
| | ) | |
| **SARAH REVELL,** | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

**PROUD, Magistrate Judge;**

This matter is before the Court for purposes of docket control.

This is a petition for habeas under 28 U.S.C. §2241.  The proper respondent is the person

who has custody of petitioner, i.e., the warden.  Sarah Revell is now the warden of FCI-

Greenville.

Therefore the Court orders that **SARAH REVELL** be substituted as respondent.

**IT IS SO ORDERED.**

**DATE: July 18, 2006.**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**
