**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| RAYMOND ADAMS, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )  Case No. 03-CV-301-JPG |
| | ) |
| SARAH REVELL, | ) |
| | ) |
|     Respondent. | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, District Judge:**

**Decision of the Court.** This matter having come before the Court upon Raymond Adams's petition for a writ of habeas corpus, and the Court having denied the same,

**IT IS ORDERED AND ADJUDGED** that Adams's petition is **DENIED** and that his claims against defendant Sarah Revell, in this case, are **DISMISSED WITH PREJUDICE.**

**DATED: August 30, 2006.**

                                                          **NORBERT G. JAWORSKI, CLERK**

                                                          **By:s/Deborah Agans, Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
                **J. PHIL GILBERT**
                **U.S. District Judge**